**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date December 5, 2024

Case # 3:24-cr-00182-AWT Dft # 5

**UNITED STATES OF AMERICA**

Vs.

**Shawn Stephens**

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

AUSA Konstantin Lantsman

Counsel for Defendant Alexander Schwartz

☐ Retained ■ CJA ☐FPD

Start Time 2:04 PM End Time 2:09 PM

Recess (if more than ½ hr) ________ to ________

Total Time ________hours 5 ________minutes

USPO ____________________

Reporter/ECRO/FTR CourtSmart

Interpreter____________________ Language ____________

Hearing held ☐in person ☐ by video ☐by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment 5 |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐Self surrender Date____________

☐Case Unsealed

☐ Deft failed to appear

☐ CJA23 financial affidavit filed under seal

☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district ____________________

☐ Order appointing FPD

☐ Order appointing Attorney ____________________

☐ Set ATTY flag and notify grievance clerk

☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ■ NOT guilty ☐ guilty ☐ nolo contendere; As to counts 1s

Plea agreement letter ☐ filed ☐ under seal ☐ to be filed

☐ Petition to enter guilty plea filed

**SENTENCING**

☐Sentencing set for ____________________ at ____________

☐Probation 246B Order for PSI & Report filed

☐Special Assessment of $________ on count(s) _______. Total of $_________ ☐ due now ☐ due at sentencing

**ORDERS**

☐ Waiver of Rule 5 hearing filed

☐ Defendant motions due__________________, Govt. responses due __________________

☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed

☐ Hearing on pending motions scheduled for ___________________ at _________________

☐ Jury Selection set for ________________________ at__________________ before Judge______________________

☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement

______________________ hearing set for ___________________ ; continued until_____________________________

**DETENTION**

☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement

☐ Order of detention filed

☐ Bond set at $_______ ☐ reduced to $________ ; ☐Non-surety ☐Surety ☐Personal recognizance

☐ Bond ☐revoked ☐reinstated ☐continued ☐modified

☐ No bond set at this time

☐ Order of temporary detention pending hearing filed

☐ Defendant detained

☐ Defendant ordered removed/committed to originating/other District of ______________________________

**CONDITIONS OF BOND**

☐ Connecticut restricted travel extended to______________________ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.

☐ Defendant must reside at ____________________________________________________________________.

☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion

☐ Defendant must surrender passport to the USPO ☐ must not apply for passport

☐ Defendant must refrain from possessing firearms or dangerous weapons

☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug

☐ Defendant must maintain employment or actively seek employment

☐ As set forth in the Order Setting Conditions of Release

☐ Other _____________________________________________________________________________________

________________________________________________________________________________________________

**MOTIONS**

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**

Jury selection is currently set for 4/10/2025 at 9:00 AM.