OCT 21 2025 PM3:37
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIM.NO.: **24cr182**

v.

**SHAWN STEPHENS**

CONSENT FORM

The defendant, **SHAWN STEPHENS**, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim. P., Rule 11.

CONSENTED TO:

DEFENDANT: [signature] 10-21-2025
Date

ATTORNEY FOR DEFENDANT: [signature] 10/21/25
Date

UNITED STATES ATTORNEY
BY A.U.S.A.: [signature] 10/21/25
Date

Rev. 5/3/2011