UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) |
| v. | ) Case Number: **3:24-CR-00182-AWT** |
| | ) USM Number: 34428-511 |
| **SHAWN STEPHENS** | ) |
| | ) |
| | ) ***Lauren Clark***<br>***Konstantin Lantsman*** |
| | ) Assistant United States Attorneys |
| | ) |
| | ) ***Alexander H. Schwartz, Esq.*** |
| | ) Defendant's Attorney |

**THE DEFENDANT:** pled guilty to Count(s) One of the Second Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1), 841(b)(1)(C) and 846 | Conspiracy to Manufacture, Distribute and to Possess with Intent to Distribute Controlled Substances | 09/05/2024 | 1ss |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a period of 97 months.

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

DEFENDANT: SHAWN STEPHENS
CASE NUMBER:3:24-CR-00182-AWT(05)

The Mandatory and Standard Conditions of Supervised Release as attached, are imposed. In addition, the following Special Conditions are imposed:

1. **The defendant must complete 100 hours of community service within the first 2 years of supervision. The community service hours shall be completed at a program approved, in advance, by the United States Probation Office. The probation officer will supervise the defendant's participation in the community service program by approving the program. The defendant must provide written verification of completed service hours to the probation officer.**

2. **At any time he is not employed full time, the defendant must participate in an educational and/or vocational services program and follow the rules and regulations of that program. Such programs may include, but are not limited to, high school equivalency preparation, job readiness training and skills development.**

3. **The defendant must participate in a program recommended by the Probation Office and approved by the court for mental health treatment. The defendant must follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program. The defendant must pay all or a portion of the costs associated with treatment based on his ability to pay as recommended by the probation officer and approved by the court.**

4. **The defendant must participate in a program recommended by the Probation Office and approved by the court for outpatient substance abuse treatment and testing. The defendant must follow the rules and regulations of that program. The probation officer will supervise his participation in the program. The defendant must pay all or a portion of the costs associated with treatment based on his ability to pay as recommended by the probation officer and approved by the court.**

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | |
|---|---|
| **Special Assessment:** | $100.00, due and payable immediately. |
| **Fine:** | $.00 |
| **Restitution:** | $.00 |

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are paid.

**Count 1 of the original Indictment and Count 1s of the Superseding Indictment will be dismissed as to this defendant.**

**JUDICIAL RECOMMENDATION(S) TO THE BUREAU OF PRISONS**

The court recommends to the Federal Bureau of Prisons that the defendant be designated to FCI Danbury so he can be close to his family.

**SELF SURRENDER**

The defendant shall self-surrender directly to the facility designated by the Federal Bureau of Prisons on July 30, 2026, no later than 12:00 noon, under his own power and at his own expense. In the event the defendant does not receive the designation by the Federal Bureau of Prisons prior to the surrender date, the defendant must self-surrender as instructed to the United States Marshals Service on July 30, 2026, no later than 12:00 noon.

DEFENDANT: SHAWN STEPHENS
CASE NUMBER:3:24-CR-00182-AWT(05)

**June 29, 2026**
Date of Imposition of Judgment

/s/ Judge Alvin W. Thompson
Signature of Judge

**ALVIN W. THOMPSON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**7/1/2026**
Date

DEFENDANT: SHAWN STEPHENS
CASE NUMBER:3:24-CR-00182-AWT(05)

## CONDITIONS OF SUPERVISED RELEASE

In addition to the Standard Conditions listed below, the following Mandatory Conditions are imposed as set forth by U.S.S.G. §5D1.3(a):

### MANDATORY CONDITIONS
(select all that apply)

(1) ■ You shall not commit another federal, state or local offense (see 18 U.S.C. § 3583(d)).

(2) ■ You shall not unlawfully possess a controlled substance (see 18 U.S.C. § 3583(d)).

(3) ☐ You shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of your legal residence (see 18 U.S.C. § 3583(d)).

(4) ■ You shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as determined by the court, for use of a controlled substance.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse (see 18 U.S.C. § 3583(d)).

(5) ☐ If a fine is imposed and has not been paid upon release to supervised release, you shall adhere to an installment schedule to pay that fine (see 18 U.S.C. § 3624(e)).

(6) ■ You shall ☐ (A) make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A, or any other statute authorizing a sentence of restitution; and ■ (B) pay the assessment imposed in accordance with 18 U.S.C. § 3013. If there is a court-established payment schedule for making restitution or paying the assessment (see 18 U.S.C. § 3572(d)), you shall adhere to the schedule.

(7) ☐ You shall comply with the requirements of the Sex Offender Registration and Notification Act (see 18 U.S.C. § 3583(d)).

(8)■ You shall submit to the collection of a DNA sample at the direction of the United States Probation Office if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (34 U.S.C. § 40702).

### STANDARD CONDITIONS

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) You shall report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you to report to the probation officer, and you shall report to the probation officer as instructed.
(3) You shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
(4) You shall answer truthfully the questions asked by your probation officer.
(5) You shall live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
(6) You shall allow the probation officer to visit you at any time at your home or elsewhere, and you shall permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
(7) You shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you shall try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
(8) You shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.
(9) If you are arrested or questioned by a law enforcement officer, you shall notify the probation officer within 72 hours.
(10) You shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

DEFENDANT: SHAWN STEPHENS
CASE NUMBER:3:24-CR-00182-AWT(05)

(11) You shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
(12) You shall follow the instructions of the probation officer related to the conditions of supervision.

Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision and impose a term of imprisonment, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) ______________________________ ______________
Defendant Date

______________________________ ______________
U.S. Probation Officer/Designated Witness Date

CERTIFIED AS A TRUE COPY ON THIS DATE: ______________________
By: ___________________________
Deputy Clerk

RETURN
I have executed this judgment as follows:

Defendant delivered on _______________ to ______________________________ at __________________________,
with a certified copy of this judgment.

Acting United States Marshal

By ____________________________________
Deputy Marshal