**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | x | |
| | x | |
| Plaintiff, | x | |
| | x | No. 3:24 CR 182 (AWT) |
| V. | x | |
| | x | |
| SHAWN STEPHENS, | x | |
| | x | |
| Defendant | x | |
| | x | JULY 27, 2026 |

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT'S SELF SURRENDER**

For the following reasons, Shawn Stephens requests that the Court grant him an additional period of time up to 14 days within which to self-surrender to the facility designated by the Bureau of Prisons, Beckley Satellite Camp. Currently he is scheduled to self-surrender in 3 days on July 30, 2026, by noon.

The U.S. Marshal advised me at 4:45 PM on Friday, July 24, 2026, that Stephens was designated to Beckly Satellite Camp. I was out of the office that day but notified Stephens at 7:41 PM of the designation. Stephens had already made tentative arrangements to be transported to either Danbury, Ft. Dix or to a similarly located facility to surrender himself. All he needed to do was notify his ride when he had to report. Unlike the proximity of Danbury, Ft. Dix, Fairton or Otisville, Beckley is approximately 10 hours driving from New Haven and over 26 hours by bus. It is not even in the Bureau of Prison's Northeast Region. A bus ticket from New Haven to Beckley costs $164.00.

After getting off the bus, Stephens would have to either Uber from the bus stop in Beckley, WV or walk 10 miles to the facility. Since Friday the 24th, Stephens has not found anyone on short notice who can drive him to West Virginia (and then back again), or been able to raise the cost of a bus ticket. With the additional time, Stephens will be able to organize either a ride or raise the funds necessary to transport himself for his self-surrender. He therefore requests the Court's indulgence and hopes that it will recognize that it takes more logistical effort to travel to West Virginia than to Connecticut, New York or New Jersey. Stephens is prepared to surrender but needs more time to accommodate the logistics of that endeavor.

RESPECTFULLY SUBMITTED
SHAWN STEPHENS

BY: _s/ct 05773___________________
Alexander H. Schwartz, Esq.
2425 Post Road, Suite 101
Southport, CT 06890
203.255.9829
203.349.6141 (fax)
alex@ahschwartz.com
Fed bar no. CT 05773

HIS ATTORNEY

**CERTIFICATION**

I hereby certify that on July 27, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ ct 05773
ALEXANDER H. SCHWARTZ